```
              IN THE UNITED STATE BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     In    Herbert F McGrath, Jr.    )   Chapter 13
     Re:          Debtor             )
                                     )   No. 19-13870-AMC
                                     )
```

## CERTIFICATION OF NO RESPONSE

　　　I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


　　　　　　　　　　　　　　　　　　　　/s/David M. Offen
　　　　　　　　　　　　　　　　　　　　David M. Offen
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

Date:12/23/19