IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Herbert F McGrath, Jr. | : Case No. 19-13870-amc |
| Debtor(s) | |

NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the Debtor's new address as follows:

# 8743 Stockton Avenue
# Merchantville, NJ 08109

/s/ David M. Offen
David M. Offen, Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
215-625-9600

Dated: January 29, 2024