Certificate Number: 12433-PAE-DE-038478754

Bankruptcy Case Number: 19-13870



12433-PAE-DE-038478754

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2024, at 10:29 o'clock PM EDT, Herbert F. McGrath, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 15, 2024          By:   /s/Lisa Susoev

                             Name: Lisa Susoev

                             Title: Teacher